UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RUSSELL A. WILLIAMS,

        Plaintiff,

        v.        Case No. 20-C-1669

LOUS DEJOY,

        Defendant.

## ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

On November 4, 2020, Plaintiff Russell A. Williams filed a complaint against Defendant Louis DeJoy and has requested leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915. An indigent plaintiff may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting an inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). Plaintiff filed the required affidavit of indigence.

Upon review of that affidavit, it appears Plaintiff has a total monthly income of $1,854.60 and has $1,145.14 in his checking account, $20,173.41 between two IRAs, and $48,661.85 in stocks. Based on this information, Plaintiff does not appear to be indigent. Rather, the motion indicates an ability to pay the full filing fee. Consequently, Plaintiff's motion for leave to proceed without prepayment of the filing fee (Dkt. No. 2) is **DENIED**. Plaintiff shall pay the filing fee within 21 days of the date of this order or risk dismissal.

**SO ORDERED** at Green Bay, Wisconsin this 6th day of November, 2020.

        s/ William C. Griesbach
        William C. Griesbach
        United States District Judge