AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
EASTERN DISTRICT OF WISCONSIN

RUSSELL A. WILLIAMS,

        Plaintiff,

v.

LOUIS DEJOY,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 20-C-1669

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff takes nothing, and this case is DISMISSED without prejudice for failure to pay the filing fee.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: December 3, 2020

GINA M. COLLETTI
Clerk of Court

s/ Lori Hanson
(By) Deputy Clerk

Case 1:20-cv-01669-WCG    Filed 12/03/20    Page 1 of 1    Document 6